UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CAROL GAYLOR, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>PLAZA SOUTH CONDOMINIUM ASSOCIATION, INC., a Florida Corporation,<br><br>  Defendant.<br>_____ | CASE NO.: 3:22-cv-00878-BJD-LLL |

**JOINT NOTICE OF SETTLEMENT**

  Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement.

February 21, 2023

| | |
|---|---|
| */s/ Louis I. Mussman*<br>Louis I. Mussman, Esq.<br>Bar No. 597155<br>Ku & Mussman, P.A.<br>18501 Pines Boulevard, Suite 209-A<br>Pembroke Pines, FL 33029<br>Tel: (305) 891-1322<br>Fax: (954) 686-3976<br>Louis@KuMussman.com<br>*Attorneys for Plaintiff* | */s/ Sergio R. Casiano Jr.*<br>Sergio R. Casiano Jr., Esq.<br>Bar No. 457302<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>100 SE 2nd Street, Suite 2100<br>Miami, Florida 33131-2174<br>Tel: (305) 341-2275<br>Fax: (305) 579-0261<br>sergio.casiano@wilsonelser.com<br>*Attorney for Defendant* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Sergio R. Casiano Jr., Esq.
Wilson Elser Moskowitz
Edelman & Dicker LLP
100 SE 2nd Street, Suite 2100
Miami, Florida 33131-2174
sergio.casiano@wilsonelser.com

                                          By:     *Louis I. Mussman*
                                                     Louis I. Mussman, Esq.