UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CAROL GAYLOR,<br>an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>PLAZA SOUTH CONDOMINIUM<br>ASSOCIATION, INC.,<br>a Florida Corporation,<br><br>        Defendant.<br>_____/ | CASE NO.: 3:22-cv-00878-BJD-LLL |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, through the undersigned counsel, hereby stipulate to the dismissal of this matter, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Furthermore, except as otherwise agreed between the parties, each party shall bear their own costs and attorney's fees in connection with this matter.

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
louis@kumussman.com
*Attorneys for Plaintiff*

Respectfully Submitted,

*/s/ Sergio R. Casiano Jr.*
Sergio R. Casiano Jr., Esq.
Bar No. 457302
Wilson Elser Moskowitz
Edelman & Dicker LLP
100 SE 2nd Street, Suite 2100
Miami, Florida 33131-2174
Tel: (305) 341-2275
Fax: (305) 579-0261
sergio.casiano@wilsonelser.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Sergio R. Casiano Jr., Esq.
Wilson Elser Moskowitz
Edelman & Dicker LLP
100 SE 2nd Street, Suite 2100
Miami, Florida 33131-2174
sergio.casiano@wilsonelser.com

                                                /s/  Louis Mussman
                                                   Louis Mussman, Esq.